UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**SOUTHERN DIVISION at PIKEVILLE**

| | | |
|---|---|---|
| FLOYD RUSSELL ADAMS, JR., | ) | |
| | ) | |
| Petitioner, | ) | Case No. |
| | ) | 7:19-cv-106-JMH |
| V. | ) | |
| | ) | |
| WARDEN JOYNER, | ) | |
| | ) | **JUDGMENT** |
| Respondent. | ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) Petitioner's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 [DE 1] is **DENIED;**

(2) This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

(3) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 23rd day of February, 2022.



Signed By:
_Joseph M. Hood_
Senior U.S. District Judge